UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 06, 2023

Ms. Shelley Ericsson
Mr. Colin J. Finnegan
Ogletree Deakins
700 West 47th Street, Suite 500
Kansas City, MO 64112

RE:     23-3149, Stewart v. United Parcel Service
        Dist/Ag docket: 2:20-CV-02461

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

You have not filed a 26.1 Disclosure Statement. You must file a 26.1 Disclosure Statement even if there is no information to disclose. *See* Fed. R. App. P. 26.1 and 10th Cir. R. 26.1(A).

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if this appellee intends to participate in this appeal. If this party does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/mlb